UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES KIRK, on behalf of himself
and others similarly situated

      Plaintiff,

v.                                      Case No: 2:14-cv-639-FtM-29CM

DR. GOODROOF, INC. and IAN
MCLELLAN,

      Defendants.

## ORDER

Before the Court is Plaintiff's Motion for Miscellaneous Relief and Request for Evidentiary Hearing (Doc. 66). Defendants responded in opposition (Doc. 73) and Plaintiff filed a reply (Doc. 83). For the reasons set forth below, Plaintiff's motion is denied without prejudice.

Plaintiff filed the present motion requesting that the Court prohibit Defendants from contacting putative class members. Doc. 66 at 2. Since the motion was filed, the district court entered Orders approving the notice to the putative class members (Doc. 87) and staying this case in its entirety pending further order (Doc. 91).

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion for Miscellaneous Relief and Request for Evidentiary Hearing (Doc. 66) is **DENIED without prejudice**. Plaintiff is permitted to file a renewed motion, if necessary, after the stay is lifted.

**DONE** and **ORDERED** in Fort Myers, Florida on this 9th day of November, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record